THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAYLAND REALTY COMPANY, INC., Appellant, *v.* WILLIAM R. FAGAN, Clerk of the Municipal Court of the City of New York, Borough of Brooklyn, Sixth District, Respondent.

*Landlord and tenant — summary proceedings — when warrant of eviction properly denied — mandamus — constitutionality of chapter 942 of Laws of 1920.*

*People ex rel. Rayland Realty Co.* v. *Fagan*, 194 App. Div. 185, affirmed. (Argued January 19, 1921; decided March 8, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 7, 1920, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendant to issue to relator a warrant to execute a final order in summary proceedings to evict from premises belonging to relator a tenant who held over after the expiration of his term. The relator acquired premises subject to a lease to one Reines which expired on April 30, 1920. The relator instituted a summary proceeding in the Municipal Court against Reines as a holdover. The proceeding was heard on May 7, 1920, and a final order was made for possession but staying the warrant to August 1, 1920. That order

was amended on August second by stipulation extending the stay until October 1, 1920, on condition of no further stay. On October 4, 1920, the relator applied to this defendant, as clerk of the Municipal Court, for a warrant in execution of the final order. But as chapter 942 of the Laws of 1920 had been passed ou September 27, 1920, the clerk refused the warrant. The constitutionality of said act was the principal question involved.

*Grover M. Moscowitz* and *Sidney F. Strongin* for appellant.

*John P. O'Brien,* Corporation Counsel (*William B. Carswell* of counsel), for respondent.

*William D. Guthrie, Julius Henry Cohen, Elmer G. Sammis* and *Bernard Hershkopf* for Joint Legislative Committee.

Order affirmed, with costs, on opinion of POUND, J., in *People ex rel. Durham Realty Corp.* v. *La Fetra* (230 N. Y. 429).

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND and ANDREWS, JJ.; CRANE, J., concurs in result on opinion in *Guttag* v. *Shatzkin* (230 N. Y. 647); MCLAUGHLIN, J., dissents on dissenting opinion in *Levy Leasing Co.* v. *Siegel* (230 N. Y. 634).